**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 07-7312**

———————————

UNITED STATES OF AMERICA,

                                    Plaintiff - Appellee,

        versus

KEITHROY NOEL CLARKE,

                                    Defendant - Appellant.

———————————

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.  Rebecca Beach Smith, District
Judge.  (2:97-cr-00166-RBS)

———————————

Submitted:  December 20, 2007        Decided:  December 28, 2007

———————————

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Keithroy Noel Clarke, Appellant Pro Se.  Laura P. Tayman, Assistant
United States Attorney,  Norfolk, Virginia, for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Keithroy Noel Clarke appeals the district court's order denying his motion for "administrative habeas corpus and petition for immediate release." We have reviewed the record and find no reversible error. Accordingly, we affirm. <u>United States v. Clarke</u>, No. 2:97-cr-00166-RBS (E.D. Va. July 27, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>